UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SAMMIE GOSS,                    :

    Plaintiff,              :

    v.                           :    CASE NO. 3:03CV933(RNC)

STRATFORD HOUSING AUTHORITY, ET AL.,  :

    Defendants.           :

## REFERRAL TO MAGISTRATE JUDGE

The parties to the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all further proceedings in the case, including trial and the entry of a final judgment. The above-captioned case is referred to Magistrate Judge <u>William F. Garfinkel</u>.

The parties are instructed to complete the attached consent form and return it to the Clerk for approval.

So ordered.

Dated at Hartford, Connecticut this 30TH day of October 2003.

_____
Robert N. Chatigny
United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SAMMIE GOSS, :
:
    Plaintiff, :
:
v. : CASE NO. 3:03CV933(RNC)
:
STRATFORD HOUSING AUTHORITY, ET AL., :
:
    Defendants. :

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_____     _____
                                     Date

_____     _____
                                     Date

_____     _____
                                     Date