UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Status Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

November 3, 2003

2:00 p.m.

Held
1 hour

3-03-cv-933  (RNC) Goss v Stratford Housing
-----------------------------------------------------------

    COUNSEL OF RECORD:

Sammie Goss                  10 Ridgeley Avenue, Fairfield, CT
                                   203-333-4422

                                            BY ORDER OF THE COURT
                                            KEVIN F. ROWE, CLERK

*STATUS CONFERENCE WILL INCLUDE 3:03cv934 (RNC) and 3:03cv935 (RNC)