UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SAMMIE GOSS,                          :

    Plaintiff,                       :

    v.                               :        CASE NO. 3:03CV933(RNC)

STRATFORD HOUSING AUTHORITY, ET AL.,  :

    Defendants.                      :

<u>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE</u>

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

*Sammie Goss*            12-5-03
_____   Date

_____   Date

_____   Date

*Vertical text, left margin:*

**December 10, 2003. Approved.** This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge William I. Garfinkel. So ordered.

Robert N. Chatigny, U.S.D.J.

2003 DEC 12 A 10:22

U.S. DISTRICT COURT
HARTFORD CT