UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**SAMMIE GOSS**

    v.                                           CIVIL NO:   3:03CV0933 (WIG)

**STRATFORD HOUSING AUTHORITY, et al.**

---

**SAMMIE GOSS**

    v.                                           CIVIL NO:   3:03CV0934 (WIG)

**BRIDGEPORT HOUSING AUTHORITY, et al.**

---

**SAMMIE GOSS**

    v.                                         CIVIL NO:   3:03CV0934 (WIG)

**FAIRFIELD HOUSING AUTHORITY, et al.**

---

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10 and at the Court's request, <u>Damon A. R. Kirschbaum, Esquire, P.O. Box 300 Colchester, CT 06415 Tel: (860) 537-3565, Fax: (860) 537-4570; Email: damon@kirschbaumlaw.com</u> is appointed as counsel for the plaintiff, <u>Sammie Goss</u>, in the above-captioned cases.  Counsel is directed to file <u>pro bono</u> appearances in each of these cases as soon as possible.

Dated at Bridgeport, Connecticut this 22nd day of January, 2004.

                                                                                        */S/ William I. Garfinkel*
                                                                                       William I. Garfinkel
                                                                                       United States Magistrate Judge