UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 24 A 9: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SAMMIE GOSS

v.   CIVIL NO:   3:03CV0933 (WIG)

STRATFORD HOUSING AUTHORITY, et al.

---

SAMMIE GOSS

v.   CIVIL NO:   3:03CV0934 (WIG)

BRIDGEPORT HOUSING AUTHORITY, et al.

---

SAMMIE GOSS

v.   CIVIL NO:   3:03CV0934 (WIG)

FAIRFIELD HOUSING AUTHORITY, et al.

---

### RE: VACATING APPOINTMENT OF PRO BONO COUNSEL

The Court's appointment of Damon A. R. Kirschbaum, Esquire as counsel for the plaintiff, Sammie Goss is VACATED.

SO ORDERED, this 23rd day of March, 2004 at Bridgeport, Connecticut

William I. Garfinkel
United States Magistrate Judge