# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Sammie Goss, et al
vs.
Stratford Housing Authority, et al

**APPEARANCE**

CASE NUMBER: 3:03-CV-933

FILED
2005 APR -6  A 11: 30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Stratford Housing Authority
Steve Nacano

| | |
|---|---|
| 04-05-05 | _signature_ |
| Date | Signature |
| CT 17039 | Charles T. Forman, Esq. |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203- 380-8189 | 3333 Main Street |
| Telephone Number | Address |
| 203-380-8191 | Stratford, CT  06614 |
| Fax Number | |
| ctf@ctforman.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Sammie Goss
PO Box 320834
Fairfield, CT  06825

_signature_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001