```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

SAMMIE GOSS,                    :

      Plaintiff,                :

      v.                        :     No. 3:03cv0933(WIG)

STRATFORD HOUSING               :
AUTHORITY, et al.,
                                :
      Defendants.
-------------------------X
```

**ORDER APPOINTING PRO BONO COUNSEL**

Pursuant to Rule 83.10 of the Local Rules of the District of Connecticut and at the Court's request and with the consent of Counsel, the Court hereby grants Plaintiff's Motion for Appointment of Counsel **[Doc. # 4]** and appoints Linnea J. Levine, Law Offices of Linnea J. Levine, P.C., 970 Summer Street, Stamford, Connecticut 06905, Tel: (203)-348-8631, E-mail: linnlevine@snet.net, as counsel for Plaintiff, Sammie Goss, in the above-referenced case.  Counsel is directed to file her pro bono appearance in this case as soon as possible.

It is SO ORDERED this 26th day of July, 2005, at Bridgeport, Connecticut.

                                                  */s/ William I. Garfinkel*
                                           WILLIAM I. GARFINKEL,
                                           United States Magistrate Judge