# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:03-cv-933 -WIG

To the Clerk of this court and all parties of record:   Goss v. Stratford Housing, et al

Enter my appearance as counsel in this case for:   Sammie Goss

August 12, 2005
**Date**

*Signature:* Linnea J. Levine

CT 16927
**Connecticut Federal Bar Number**

Linnea J. Levine
**Print Clearly or Type Name**

1800-828-1277
**Telephone Number**

970 Summer Street
**Address**

(203) 348-0919
**Fax Number**

Stamford, CT 06905

linnlevine@snet.net
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Notice will be electronically mailed to:

Charles T. Forman    ctf@ctforman.com

Notice will be delivered by mail to:

Sammie Goss
10 Ridgely Avenue
Fairfield, CT 06825

*Signature:* Linnea J. Levine

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001